Harry Carroll **KIRK**, Appellant,

v.

**UNITED STATES of America,**
Appellee.

No. 20602.

United States Court of Appeals
Fifth Circuit.

Nov. 26, 1963.

Charles R. Wheeler, Fort Worth, Tex., for appellant.

Robert S. Travis, Asst. U. S. Atty., Fort Worth, Tex., Barefoot Sanders, U. S. Atty., for appellee.

Before TUTTLE, Chief Judge, and BROWN and GEWIN, Circuit Judges.

PER CURIAM.

It appearing that appellant had the services of counsel chosen by him at the time of his plea and sentence, we conclude that the trial court did not err in denying his motion to vacate sentence under 28 U.S.C.A. § 2255.

The judgment is affirmed.

**CAPITAL TRAWLERS, INC.**, et al., Plaintiffs, Appellants,

v.

**UNITED STATES of America,**
Defendant, Appellee.

**CUMBERLAND FISHERIES, INC.** et al., Plaintiffs, Appellants,

v.

**UNITED STATES of America,**
Defendant, Appellee.

Nos. 6151, 6152.
United States Court of Appeals
First Circuit.

Dec. 3, 1963.

Joseph J. Lyman, Washington, D. C., with whom Benjamin Thompson, Port-land, Me. and Philip G. Willard, Portland, Me., were on brief, for appellants.

Rufus E. Stetson, Jr., Atty., Dept. of Justice, Washington, D. C., with whom Louis F. Oberdorfer, Asst. Atty. Gen., Washington, D. C., Lee A. Jackson and I. Henry Kutz, Attys., Dept. of Justice, Washington, D. C., Alton A. Lessard, U. S. Atty., Portland, Me., and William E. McKinley, Asst. U. S. Atty., Portland, Me., were on brief, for appellee.

Before WOODBURY, Chief Judge, and HARTIGAN and ALDRICH, Circuit Judges.

PER CURIAM.

Judgment will be entered affirming the judgment of the District Court on the opinion of Judge Gignoux, D.C., 216 F. Supp. 440.

The **STATE OF NEW HAMPSHIRE,**
Plaintiff, Appellant,

v.

**NATIONAL BROADCASTING COMPANY**, Inc., Defendant, Appellee.

No. 6173.

United States Court of Appeals
First Circuit.

Dec. 3, 1963.

Alexander J. Kalinski, Asst. Atty. Gen., with whom William Maynard, Atty. Gen., and William J. O'Neil, Asst. Atty. Gen., were on brief, for appellant.

Charles F. Sheridan, Jr., Concord, N. H., with whom Sulloway, Hollis, Godfrey & Soden, Concord, N. H., were on brief, for appellee.

Before WOODBURY, Chief Judge, and HARTIGAN and ALDRICH, Circuit Judges.

PER CURIAM.

Judgment will be entered affirming the order of the District Court on Judge Connor's rescript, 222 F.Supp. 915.